# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 10/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Article 5 Trust |
| 2. | Trustee | Article 6 Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Web MD - Editorial Stipend |
| 2. | 2017 | Private Consulting - Pathology |
| 3. | 2017 | Medical Director, Life Point of SC |
| 4. | 2017 | Newberry Pathology Associates - Autopsy Services |
| 5. | 2017 | Springer Publishing - Book Royalties |
| 6. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Professional activity sposored by BAR Association | 01/09/17-01/20/17 | Greenville, SC | Activity of professional association | Transportation, lodging & food. |
| 2. | | | | | Transportation & food. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  tAES Corp | | None | J | T | | | | | |
| 2.  AT &T #1 | A | Dividend | J | T | | | | | |
| 3.  BP PLC ADR | B | Dividend | K | T | | | | | |
| 4.  Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 5.  Chevron Corp #1 | A | Dividend | K | T | | | | | |
| 6.  Comcast Corp CL A #1 | A | Dividend | J | T | | | | | |
| 7.  Walt Disney Co #1 | A | Dividend | J | T | | | | | |
| 8.  Dover | A | Dividend | K | T | | | | | |
| 9.  Dow Chemical #1 | A | Dividend | J | T | | | | | |
| 10.  Eli Lilly & Co #1 | A | Dividend | J | T | | | | | |
| 11.  Emerson Electric | A | Dividend | K | T | | | | | |
| 12.  Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 13.  General Electric Co #1 | B | Dividend | K | T | | | | | |
| 14.  Knowles Corporation | | None | J | T | | | | | |
| 15.  3M Company A | A | Dividend | J | T | | | | | |
| 16.  Pfizer Inc #1 | A | Dividend | J | T | | | | | |
| 17.  Proctor & Gamble #1 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Scana Corp | A | Dividend | M | T | | | | | |
| 19. South Street Corp Com # 1 | B | Dividend | N | T | | | | | |
| 20. Suntrust Banks Inc | C | Dividend | M | T | | | | | |
| 21. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 22. Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 23. Abbott Laboratories | | None | J | T | Buy | 11/16/17 | J | | |
| 24. Adobe Sys Inc | A | Dividend | J | T | | | | | |
| 25. Advansix Inc Com | | None | | | Sold | 03/03/17 | J | A | |
| 26. Aetna Inc | A | Dividend | J | T | | | | | |
| 27. Agilent Tech Inc | A | Distribution | J | T | | | | | |
| 28. Alcoa Inc | A | Dividend | J | T | | | | | |
| 29. Allergan PLC Com | A | Dividend | J | T | | | | | |
| 30. Alphabet Inc | A | Distribution | J | T | | | | | |
| 31. Altria Group | A | Dividend | J | T | | | | | |
| 32. American Express Co | A | Dividend | J | T | | | | | |
| 33. American Tower Corp | A | Dividend | J | T | | | | | |
| 34. Ametek Inc | A | Dividend | J | T | Buy | 01/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amgen Inc | A | Dividend | J | T | | | | | |
| 36. Amgen Note | | None | | | Sold | 08/08/17 | J | A | |
| 37. Apple Inc | A | Dividend | J | T | | | | | |
| 38. Aptiv PLC | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 39. Arconic Inc | A | Dividend | J | T | | | | | |
| 40. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 41. Avery Dennison Corp | A | Dividend | J | T | | | | | |
| 42. BB&T Corp | A | Dividend | J | T | | | | | |
| 43. Bank of America #1 | A | Dividend | J | T | | | | | |
| 44. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 45. Bank of the Ozarks | A | Dividend | J | T | | | | | |
| 46. Baxter Intl Inc | | None | J | T | Buy | 12/20/17 | J | | |
| 47. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 48. Blackhawk Network Hldgs Inc | | None | J | T | | | | | |
| 49. Boeing | A | Dividend | J | T | Buy | 01/10/17 | J | | |
| 50. Camden PPTY TR SH Ben Inc | A | Dividend | J | T | | | | | |
| 51. Capital One Finaancial Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Carnival Corp Paired CTF | A | Dividend | J | T | | | | | |
| 53. Celgene Corp | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 54. Cenerpoint Energy Inc | | None | J | T | Buy | 09/11/17 | J | | |
| 55. Centene Corp Com | A | Dividend | J | T | | | | | |
| 56. Charter Communications | | None | J | T | | | | | |
| 57. Chevron Corp #2 | A | Dividend | J | T | | | | | |
| 58. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 59. Citigroup Inc | A | Dividend | J | T | | | | | |
| 60. Citizens Financial Corp Inc | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 61. Conocophillips Note | | None | | | Sold | 08/01/17 | J | A | |
| 62. CWD Corp Com | A | Distribution | J | T | | | | | |
| 63. Fidelity Money Market Account | A | Interest | J | T | | | | | |
| 64. Fidelity Money Market Account | A | Interest | K | T | | | | | |
| 65. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 66. Comcast Corp CL A #2 | A | Dividend | J | T | | | | | |
| 67. Cummins Inc | | None | J | T | Buy | 11/20/17 | J | | |
| 68. Darling Ingredients Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Delphi Automotive PLC Com | A | Dividend | J | T | | | | | |
| 70. Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 71. Devon Energy Corp | A | Dividend | J | T | | | | | |
| 72. Walt Disney Co #2 | A | Dividend | K | T | | | | | |
| 73. Dow Dupont Chemical #1 | A | Dividend | J | T | | | | | |
| 74. Duke Energy | A | Dividend | J | T | | | | | |
| 75. Emcor Group Inc | | None | J | T | | | | | |
| 76. EOG Resources Inc | A | Dividend | J | T | | | | | |
| 77. Exxon Mobil Corp #1 | A | Distribution | J | T | | | | | |
| 78. Federal Natl Mtg Assn Pool | | None | J | T | | | | | |
| 79. General Electric #2 | A | Distribution | J | T | | | | | |
| 80. General Motors Co | A | Dividend | J | T | | | | | |
| 81. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 82. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 83. Halyard Health Inc | | None | J | T | | | | | |
| 84. Hartford Financial Services Group | A | Dividend | J | T | | | | | |
| 85. Hewlett Packard Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Home Depot Inc | B | Dividend | J | T | | | | | |
| 87. Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 88. Ingersoll Rand PLC | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 89. Intel | A | Dividend | J | T | | | | | |
| 90. Intercontinental Exchange Inc | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 91. Jabil Circuit Inc | A | Dividend | J | T | | | | | |
| 92. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 93. St. Jude Medical Inc | | None | | | Sold | 01/09/17 | J | A | |
| 94. Kimberly Clark | A | Dividend | J | T | | | | | |
| 95. Kraft-Heinz Foods Inc CL A | A | Dividend | J | T | | | | | |
| 96. Kroger | | None | | | Sold | 01/19/17 | J | A | |
| 97. Laboratory Corp | A | Dividend | J | T | | | | | |
| 98. Lear Corp | A | Dividend | J | T | | | | | |
| 99. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 100. Lowes Cos Inc | A | Dividend | J | T | | | | | |
| 101. McDonalds Corp | A | Dividend | K | T | | | | | |
| 102. Merck & Co Inc New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Microsoft Corp | A | Dividend | J | T | | | | | |
| 104. Mondelez Intl Inc Com | | None | J | T | | | | | |
| 105. JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 106. Morgan Stanley | | None | | | Sold | 04/26/17 | J | A | |
| 107. Morgan Stanley Note | | None | | | Sold | 11/17/17 | J | A | |
| 108. Netapp Inc | A | Distribution | J | T | Buy | 01/19/17 | J | | |
| 109. Nokia Corp | A | Dividend | J | T | | | | | |
| 110. Northrop Grumman Corp Holding Co | A | Dividend | J | T | | | | | |
| 111. Nvidia Corp | A | Dividend | J | T | | | | | |
| 112. Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 113. Oceaneering Intl Inc | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 114. Omnicom Group | A | Dividend | J | T | | | | | |
| 115. On Semiconductor | | None | J | T | Buy | 11/20/17 | J | | |
| 116. Oracle Corp | A | Distribution | J | T | | | | | |
| 117. Paramount Group Inc | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 118. Pepsico Inc | A | Dividend | J | T | | | | | |
| 119. Pfizer Inc #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 121. Proctor & Gamble #2 | A | Dividend | K | T | | | | | |
| 122. Prologis Inc | A | Dividend | J | T | | | | | |
| 123. Prudential Finl Inc | A | Dividend | J | T | | | | | |
| 124. Raymond James Financial Inc | | None | J | T | Buy | 11/20/17 | J | | |
| 125. Royal Dutch Shell PLC Spon ADR B | A | Dividend | J | T | Buy | 01/23/17 | J | | |
| 126. Sabre Corp | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 127. Stanley Black & Decker Inc | A | Dividend | J | T | | | | | |
| 128. Sysco Corp | A | Dividend | J | T | | | | | |
| 129. Target Corp Com | A | Dividend | J | T | Buy | 09/11/17 | J | | |
| 130. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 131. Time Inc New Com | A | Dividend | J | T | | | | | |
| 132. Time Warner Inc New | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 133. Toro Co | A | Dividend | J | T | | | | | |
| 134. Total System Services Inc | A | Distribution | J | T | | | | | |
| 135. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 136. Tupperware Brands Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Tyson Foods Inc | | None | J | T | Buy | 12/20/17 | J | | |
| 138. Umpqua Holdings Corp | A | Dividend | J | T | | | | | |
| 139. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 140. United Health Group | A | Dividend | J | T | | | | | |
| 141. Valero Energy Group | A | Dividend | J | T | | | | | |
| 142. Verizon Communications #1 | A | Dividend | J | T | | | | | |
| 143. VM Waare Inc | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 144. Wal Mart Stores Inc Com | A | Distribution | J | T | | | | | |
| 145. Wells Fargo & Co #1 | | None | | | Sold | 01/13/17 | J | A | |
| 146. Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 147. Bank of America #2 | A | Int./Div. | K | T | | | | | |
| 148. Chemours Co | A | Dividend | J | T | | | | | |
| 149. Chevron Corp #3 | A | Dividend | K | T | | | | | |
| 150. Citigroup Inc | A | Dividend | J | T | | | | | |
| 151. CSX Corp | A | Dividend | L | T | | | | | |
| 152. Dow Dupont El De Nemours & Co | A | Dividend | K | T | | | | | |
| 153. Electronic Arts | | None | | | Sold | 12/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Eli Lilly & Co #2 | A | Dividend | L | T | | | | | |
| 155. Energy Transfer Partners LP #2 | A | Dividend | K | T | | | | | |
| 156. Envision Healthcare | | None | | | Sold | 03/08/17 | J | A | |
| 157. Exxon Mobil Corp #2 | A | Dividend | K | T | | | | | |
| 158. FootLocker | | None | | | Sold | 09/11/17 | J | A | |
| 159. General Electric Co | A | Dividend | J | T | | | | | |
| 160. Goldman Sachs Group | | None | | | Sold | 06/08/17 | J | A | |
| 161. IBM | B | Dividend | M | T | | | | | |
| 162. Ishares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 163. Ishares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 164. Ishares Core S&P 500 ETF | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 165. Ishares Edge MSCI USA Momentum Factor ETF | | None | J | T | Buy | 07/10/17 | J | | |
| 166. Ishares Edge MSCI Min Vol USA ETF | | None | | T | Buy | 07/10/17 | J | | |
| 167. Isahres Inc Core MSCI Emerging Mkts ETF | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 168. Ishares S&P 500 Value ETF | | None | J | T | Buy | 10/13/17 | J | | |
| 169. Ishares S&P 500 Growth ETF | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 170. Ishares Trust Core MSCI EAFE ETF | A | Dividend | J | T | Buy | 01/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ishares Trust Currency Hedged MSC AEFE ETF | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 172. Ishares IBoxx Investment Grade Corporate | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 173. Ishares TR Barc;lays 7 10 YR | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 174. Ishares TR Intrmd Cr BD ETF | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 175. Ishares TR JP Mor Em Mk ETF | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 176. Ishares TR 20 YR TR BD ETF | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 177. Ishares US ETF Trust Short Maturity BD | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 178. McKesson | | None | | | Sold | 01/19/17 | J | A | |
| 179. Merchand Co | | None | | | Sold | 12/20/17 | J | A | |
| 180. Mednax | | None | | | Sold | 01/19/17 | J | A | |
| 181. Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 182. Norfolk Southern | B | Dividend | M | T | | | | | |
| 183. Pinnacle Foods | | None | | | Sold | 09/11/17 | J | A | |
| 184. South Street Corp Com #2 | B | Dividend | L | T | | | | | |
| 185. Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 186. At&T Inc #3 | A | Dividend | K | T | | | | | |
| 187. Abbvie Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Adobe Sys Inc Note | A | Interest | J | T | | | | | |
| 189. Aetna Inc | A | Dividend | J | T | | | | | |
| 190. Allergan PLC Com | A | Dividend | J | T | | | | | |
| 191. Amtek Inc | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 192. Apple Inc Note | A | Interest | J | T | | | | | |
| 193. Aptiv PLC | A | Dividend | J | T | | | | | |
| 194. BB&T Corp | A | Dividend | J | T | | | | | |
| 195. Bank of the Ozarks | A | Dividend | J | T | | | | | |
| 196. Bank of America Corp | A | Dividend | J | T | | | | | |
| 197. Boeing | A | Dividend | J | T | Buy | 01/13/17 | J | | |
| 198. Camden PPTY TR SH BEN Int | A | Dividend | J | T | | | | | |
| 199. Capital One Paired CTF | A | Dividend | J | T | | | | | |
| 200. Carnival Corp Paired CTF | A | Dividend | J | T | | | | | |
| 201. Celgene Corp | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 202. Chevron Corp #4 | A | Dividend | J | T | | | | | |
| 203. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 204. Citigroup Inc Note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Citigroup Inc Com New | A | Dividend | J | T | | | | | |
| 206. Coca-Cola Co | A | Dividend | K | T | | | | | |
| 207. Darling Ingredients Inc | A | Dividend | J | T | | | | | |
| 208. Delphi Automotive PLC Com | | None | | | Sold | 05/22/17 | J | A | |
| 209. Delta Air Lines Del Com New | A | Dividend | J | T | | | | | |
| 210. Devon Energy Corp | A | Dividend | J | T | | | | | |
| 211. Dow Dupont Inc | A | Dividend | J | T | | | | | |
| 212. EOG Resources Inc | A | Dividend | J | T | | | | | |
| 213. Ford | | None | | | Sold | 04/18/17 | J | A | |
| 214. General Electric #4 | A | Distribution | J | T | | | | | |
| 215. General Motors | A | Dividend | K | T | Buy | 06/27/17 | J | | |
| 216. Haliburton Co Hldg | A | Dividend | J | T | | | | | |
| 217. Home Depot Inc com | A | Dividend | J | T | | | | | |
| 218. IBM | A | Dividend | J | T | | | | | |
| 219. Ingersoll Rand PLC SHS | A | Int./Div. | J | T | | | | | |
| 220. Intercontinental Exchange Inc | A | Dividend | J | T | | | | | |
| 221. JNL Disiplined Moderate Growth | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. JNL American Funds Balanced | A | Dividend | L | T | | | | | |
| 223. JNL American Funds Global Bond | A | Dividend | J | T | | | | | |
| 224. JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |
| 225. JNL JP Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 226. JNL Mellon Capital Consumer Brands Sector | A | Dividend | L | T | | | | | |
| 227. JNL Mellon Capital Healthcare Sector | A | Dividend | L | T | | | | | |
| 228. JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 229. JNL S&P 4 | A | Dividend | L | T | | | | | |
| 230. JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |
| 231. JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 232. Laboratory Corp Amer Hldgs | | None | J | T | Buy | 07/25/17 | J | | |
| 233. Mednax Inc | A | Dividend | J | T | | | | | |
| 234. Microsoft Corp | A | Dividend | J | T | | | | | |
| 235. JP Morgan Chase & Co Note | A | Int./Div. | J | T | | | | | |
| 236. Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 237. Oceaneering Intl Inc | A | Dividend | J | T | | | | | |
| 238. Omnicom Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Oracle Corp Note | A | Interest | J | T | | | | | |
| 240. Parmount Group Inc | A | Dividend | J | T | | | | | |
| 241. Pfizer Inc | A | Dividend | J | T | | | | | |
| 242. Philip Morris Intl | A | Dividend | J | T | | | | | |
| 243. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 244. Royal Dutch Shell PLC Spon ADR | A | Dividend | K | T | | | | | |
| 245. Sabre Corp | A | Dividend | J | T | | | | | |
| 246. Total Sys Svcs Inc | A | Dividend | J | T | | | | | |
| 247. Umpqua Holdings Corp | A | Dividend | J | T | | | | | |
| 248. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 249. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 250. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 251. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 252. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 253. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 254. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 255. US Treasury NTS Note | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. US Treasury NTS Note | A | Interest | J | T | | | | | |
| 257. Verizon Communications #2 | A | Dividend | J | T | | | | | |
| 258. Wells Fargo Co MTN | A | Dividend | J | T | | | | | |
| 259. Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 260. AT&T Inc Com | A | Dividend | J | T | | | | | |
| 261. AT&T Inc Note | A | Interest | J | T | | | | | |
| 262. Acuity Brands Inc | A | Dividend | J | T | | | | | |
| 263. Adobe Sys Inc Note | A | Interest | J | T | | | | | |
| 264. Aetna Inc | A | Dividend | J | T | | | | | |
| 265. AFLAC Inc | A | Dividend | J | T | | | | | |
| 266. Air Products & chem | A | Dividend | J | T | | | | | |
| 267. Align Technology | A | Dividend | J | T | | | | | |
| 268. Allergen PLC | A | Dividend | J | T | | | | | |
| 269. Alliance Data Sys Corp | A | Dividend | J | T | | | | | |
| 270. Alphabet Inc Cp Stk | A | Dividend | J | T | | | | | |
| 271. Amazon | A | Dividend | J | T | | | | | |
| 272. American Express Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Ametek Inc | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 274. AmeisourceBergen Corp | A | Dividend | J | T | | | | | |
| 275. Amgen Inc | A | Dividend | J | T | | | | | |
| 276. Amphenol Corp | A | Dividend | J | T | | | | | |
| 277. Analog Devices Inc | A | Dividend | J | T | | | | | |
| 278. Anheuser Busch Bev Inc | A | Dividend | J | T | Buy | 03/14/17 | J | | |
| 279. Apple Inc | A | Dividend | J | T | | | | | |
| 280. Apple Inc Note | A | Dividend | J | T | | | | | |
| 281. Avery Dennison Corp | A | Dividend | J | T | | | | | |
| 282. BB&T | A | Dividend | J | T | | | | | |
| 283. Bank of America Corp Note | A | Interest | J | T | | | | | |
| 284. Bank of the Ozarks | A | Dividend | J | T | | | | | |
| 285. Berkshire Hathaway Inc | A | Dividend | J | T | | | | | |
| 286. Broadcom Limited | A | Dividend | J | T | | | | | |
| 287. Camden PPTY TR SH Ben Int | A | Dividend | J | T | | | | | |
| 288. Capital One Financial Corp | A | Dividend | J | T | | | | | |
| 289. Carnival Corp Paired CTF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Celgene Corp | A | Dividend | J | T | | | | | |
| 291. Cetene Corp Del | A | Dividend | J | T | | | | | |
| 292. Chevron | A | Dividend | J | T | | | | | |
| 293. Cintas Corp | A | Dividend | J | T | | | | | |
| 294. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 295. Citigroup Inc | A | Dividend | J | T | | | | | |
| 296. Cognizant Tech Solutions Corp | A | Dividend | J | T | | | | | |
| 297. Comcast Corp | A | Dividend | J | T | | | | | |
| 298. Constellation Brands Inc | A | Dividend | J | T | | | | | |
| 299. CWD Corp Com | A | Dividend | J | T | | | | | |
| 300. CVS Health Corp | A | Dividend | J | T | | | | | |
| 301. Darling Ingredients Inc | A | Dividend | J | T | | | | | |
| 302. Delta Air Lines Inc | A | Dividend | J | T | | | | | |
| 303. Devon Energy Corp | A | Dividend | J | T | | | | | |
| 304. Dick's Sporting Goods | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 305. Dow Dupont Inc | A | Dividend | J | T | | | | | |
| 306. Electronic Arts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Envision Health Care Corp | A | Dividend | J | T | | | | | |
| 308. EOG Resources Inc | A | Dividend | J | T | | | | | |
| 309. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 310. Facebook Inc | A | Dividend | J | T | | | | | |
| 311. Fed Home LN Mtg | A | Dividend | J | T | | | | | |
| 312. Fed Natl Mtg Assn Pool | A | Dividend | J | T | | | | | |
| 313. Fiserv Inc | A | Dividend | J | T | | | | | |
| 314. Fleetcor Technologies Inc | A | Dividend | J | T | | | | | |
| 315. Flowserve Corp | | None | | | Sold | 03/09/17 | J | A | |
| 316. Foot Locker Inc | A | Dividend | J | T | | | | | |
| 317. Ford Motor Co | A | Dividend | J | T | | | | | |
| 318. General Electric Cap Corp | A | Dividend | J | T | | | | | |
| 319. General Motors Co | A | Dividend | J | T | | | | | |
| 320. Gillead Sciences Inc | A | Dividend | J | T | | | | | |
| 321. Global Pmts Inc | A | Dividend | J | T | | | | | |
| 322. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 323. Halliburton Co Hdlg Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. HCA Hldgs Inc | A | Dividend | J | T | | | | | |
| 325. Hanes Brands Inc | A | Dividend | J | T | | | | | |
| 326. Home Depot Inc | A | Dividend | J | T | | | | | |
| 327. Huntington Bancshares Inc | A | Dividend | J | T | | | | | |
| 328. Ingersoll Rand PLC SHS | A | Dividend | J | T | | | | | |
| 329. Intel Corp | A | Dividend | J | T | | | | | |
| 330. Intercontinental Exchange Inc | A | Dividend | J | T | | | | | |
| 331. IPG Phototronics Corp | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 332. Jabil Circuit Inc | A | Dividend | J | T | | | | | |
| 333. JNL Disciplined Moderate | A | Dividend | J | T | | | | | |
| 334. JNL American Funds Balanced | A | Dividend | J | T | | | | | |
| 335. JNL Invesco Small Cap Growth | A | Dividend | J | T | | | | | |
| 336. JNL Morgan Midcap Growth | A | Dividend | J | T | | | | | |
| 337. JNL Mellon Capital Consumer Brands Sector | A | Dividend | J | T | | | | | |
| 338. JNL Mellon Capital Heathcare Sector | A | Dividend | J | T | | | | | |
| 339. JNL Mellon Capital Nasdaq 100 | A | Dividend | J | T | | | | | |
| 340. JNL S&P 4 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  JNL S&P Competive Advantage | A | Dividend | J | T | | | | | |
| 342.  JNL T Rowe Price Established Growth | A | Dividend | J | T | | | | | |
| 343.  St. Jude Medical Inc | | None | | | Sold | 01/09/17 | J | A | |
| 344.  Kroger Co Com | A | Dividend | J | T | | | | | |
| 345.  Laboratory Corp Amer Hldgs | A | Dividend | J | T | | | | | |
| 346.  Estee Lauder Companies Inc | A | Dividend | J | T | | | | | |
| 347.  Lear Corp | A | Dividend | J | T | | | | | |
| 348.  Lincoln Natl Corp | A | Dividend | J | T | | | | | |
| 349.  Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 350.  Lowes Cos Inc | A | Dividend | J | T | | | | | |
| 351.  Mastercard Inc | A | Dividend | J | T | | | | | |
| 352.  McKesson Corp | A | Dividend | J | T | | | | | |
| 353.  Merck Corp | A | Dividend | J | T | | | | | |
| 354.  Mettler-Toledo Intl | A | Dividend | J | T | | | | | |
| 355.  Microsoft Corp | A | Dividend | J | T | | | | | |
| 356.  Middleby Corp | A | Dividend | J | T | | | | | |
| 357.  Monster Beverage Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 359. Morgan Stanley Mtn | A | Dividend | J | T | | | | | |
| 360. NCR Corp | A | Dividend | J | T | | | | | |
| 361. Netflix Com Inc | A | Dividend | J | T | | | | | |
| 362. Nike Inc | A | Dividend | J | T | | | | | |
| 363. Nordson Corp | A | Dividend | J | T | | | | | |
| 364. Northrop Gruman Corp Hldg Co | A | Dividend | J | T | | | | | |
| 365. Nvidia Corp | A | Dividend | J | T | | | | | |
| 366. Oceaneering Intl | A | Dividend | J | T | | | | | |
| 367. Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 368. Omnicom Group | A | Dividend | J | T | | | | | |
| 369. Orracle Corp | A | Dividend | J | T | | | | | |
| 370. Paramount Group Inc | A | Dividend | J | T | | | | | |
| 371. Pinnacle Foods Inc | A | Dividend | J | T | | | | | |
| 372. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 373. Prologis Inc | A | Dividend | J | T | | | | | |
| 374. Prudential Finl Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Sabre Corp | A | Dividend | J | T | | | | | |
| 376. Shell International Fin | A | Dividend | J | T | | | | | |
| 377. Sherwin Williams Co | A | Dividend | J | T | | | | | |
| 378. Spectrum Brands Hldgs Inc | A | Dividend | J | T | | | | | |
| 379. Spirit Aerosystems Hldgs Inc | A | Dividend | J | T | | | | | |
| 380. Southern Co | A | Dividend | J | T | | | | | |
| 381. Starbucks Corp | A | Dividend | J | T | | | | | |
| 382. Suntrust Banks Inc | A | Dividend | J | T | | | | | |
| 383. Sysco Corp | A | Dividend | J | T | | | | | |
| 384. TXJ Cos Inc | A | Dividend | J | T | | | | | |
| 385. Total Sys Svcs | A | Dividend | J | T | | | | | |
| 386. Trimble Inc | A | Dividend | J | T | | | | | |
| 387. Tupperware Brands Corp | A | Dividend | J | T | | | | | |
| 388. Umpqua Hldgs Corp | A | Dividend | J | T | | | | | |
| 389. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 390. United Health Group | A | Dividend | J | T | | | | | |
| 391. United Rentals Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. US Treasury BDS | A | Interest | J | T | | | | | |
| 393. US Treasury BDS | A | Interest | J | T | | | | | |
| 394. US Treasury BDS | A | Interest | J | T | | | | | |
| 395. US Treasury BDS | A | Interest | J | T | | | | | |
| 396. US Treasury BDS | A | Interest | J | T | | | | | |
| 397. US Treasury BDS | A | Interest | J | T | | | | | |
| 398. US Treasury BDS | A | Interest | J | T | | | | | |
| 399. US Treasury BDS | A | Interest | J | T | | | | | |
| 400. US Treasury Notes | A | Interest | J | T | | | | | |
| 401. US treasury Notes | A | Interest | J | T | | | | | |
| 402. US Treasury Notes | A | Interest | J | T | | | | | |
| 403. US Treasury Notes | A | Interest | J | T | | | | | |
| 404. US Treasury Note 2.373` | A | Interest | J | T | | | | | |
| 405. US Treasury Note .875 | A | Interest | J | T | | | | | |
| 406. US Treasury Note 1.5 | A | Interest | J | T | | | | | |
| 407. US Treasury Note 1.0 | A | Interest | J | T | | | | | |
| 408. US Treasury Note 1.375 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Valero Energy Corp | A | Dividend | J | T | | | | | |
| 410.  Verizon Communications Inc | A | Dividend | J | T | | | | | |
| 411.  Versik Analytics Inc | A | Dividend | J | T | | | | | |
| 412.  Visa Inc | A | Dividend | J | T | | | | | |
| 413.  Wabco Hldgs Inc | | None | J | T | Buy | 10/30/17 | J | | |
| 414.  Waters Corp | A | Dividend | J | T | | | | | |
| 415.  Wells Fargo Co MTN | A | Dividend | J | T | | | | | |
| 416.  Williams Sonoma Inc | A | Dividend | J | T | | | | | |
| 417.  Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 418.  Zoetis Inc | A | Dividend | J | T | | | | | |
| 419.  Accenture PLC | A | Distribution | J | T | | | | | |
| 420.  Activision Blizzard Inc | A | Dividend | J | T | | | | | |
| 421.  Adidas AG ADR EA | A | Dividend | J | T | | | | | |
| 422.  Aetna Inc | A | Dividend | J | T | | | | | |
| 423.  AFLAC | | None | | | Sold | 01/09/17 | J | A | |
| 424.  Agilent Tech Inc | A | Dividend | J | T | | | | | |
| 425.  Air Products & Chem | | None | | | Sold | 03/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. Akamai Technologies Inc | A | Dividend | J | T | | | | | |
| 427. Allegheny Tech Inc | A | Dividend | J | T | | | | | |
| 428. Americant Tower Corporation | A | Dividend | J | T | | | | | |
| 429. Amerisource Bergen Corp | A | Dividend | J | T | | | | | |
| 430. Ametek Inc | | None | J | T | Buy | 07/20/17 | J | | |
| 431. Ansys Inc | A | Dividend | J | T | | | | | |
| 432. Aptiv Inc | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 433. Aphabet Inc | A | Dividend | J | T | | | | | |
| 434. Apple Inc | A | Dividend | J | T | | | | | |
| 435. Amgen Inc | A | Dividend | J | T | | | | | |
| 436. Arrow Electronics Inc | | None | J | T | Buy | 08/21/17 | J | | |
| 437. AT&T Inc | A | Dividend | J | T | | | | | |
| 438. Autodesk Inc | A | Dividend | J | T | | | | | |
| 439. Avery Dennison Corp | A | Dividend | J | T | | | | | |
| 440. BB&T Corp | A | Dividend | J | T | | | | | |
| 441. Bank of the Ozarks | A | Dividend | J | T | | | | | |
| 442. Bard CR Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Bio Rad Laboratories Inc | A | Dividend | J | T | | | | | |
| 444. Black Knight Finl ACXA Inc | A | Dividend | J | T | | | | | |
| 445. BorgWarner Inc | A | Dividend | J | T | | | | | |
| 446. Boston Properties Inc | A | Dividend | J | T | | | | | |
| 447. CBRE Group Inc | A | Dividend | J | T | | | | | |
| 448. CTRIP | | None | | | Sold | 11/09/17 | J | A | |
| 449. CDW Corp com | A | Dividend | J | T | | | | | |
| 450. Cabot Corp | A | Dividend | J | T | | | | | |
| 451. Camden PPTYTR SH Ben Inc | A | Dividend | J | T | | | | | |
| 452. Canadian RY LTD | A | Dividend | J | T | | | | | |
| 453. Capital One Finl Corp | A | Dividend | J | T | | | | | |
| 454. Carnival Corp Paired CTF | A | Dividend | J | T | | | | | |
| 455. Cetene Corp Del | A | Dividend | J | T | | | | | |
| 456. Chevron Corp | A | Dividend | J | T | | | | | |
| 457. CHR Hansen Hldg | A | Dividend | J | T | | | | | |
| 458. Chubb Limited | A | Dividend | J | T | | | | | |
| 459. Comcast Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Cimarex Energy Co | A | Dividend | J | T | | | | | |
| 461. Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 462. Citigroup Inc | A | Dividend | J | T | | | | | |
| 463. Colorplast UNSP | A | Dividend | J | T | | | | | |
| 464. Compass Group PLC | A | Dividend | J | T | | | | | |
| 465. Continental Res Inc | A | Dividend | J | T | | | | | |
| 466. Core Laboratories NV | A | Dividend | J | T | | | | | |
| 467. CSL LTD Sposored ADR | A | Dividend | J | T | | | | | |
| 468. CSX Corp | A | Dividend | J | T | | | | | |
| 469. Cummins Inc | A | Dividend | J | T | | | | | |
| 470. CVS | | None | | | Sold | 11/20/17 | J | A | |
| 471. Darden Restaurants | A | Dividend | J | T | | | | | |
| 472. Darling Ingredients Inc | A | Dividend | J | T | | | | | |
| 473. Delta Air Lines Inc | A | Dividend | J | T | | | | | |
| 474. Dentsply Sirona Inc | A | Dividend | J | T | | | | | |
| 475. Devon Energy Corp | A | Dividend | J | T | | | | | |
| 476. Dover Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. D R Horton Inc | A | Dividend | J | T | | | | | |
| 478. Dow Dupont Inc | A | Dividend | J | T | | | | | |
| 479. DSV As Adr | A | Dividend | J | T | | | | | |
| 480. Eastman Chem Co | A | Dividend | J | T | | | | | |
| 481. Eaton Vance Corp | A | Dividend | J | T | | | | | |
| 482. Echostar Corp | A | Dividend | J | T | | | | | |
| 483. Emcor Group Inc | A | Dividend | J | T | | | | | |
| 484. EOG Resources Inc | A | Dividend | J | T | | | | | |
| 485. Essilor Intl S A | A | Dividend | J | T | | | | | |
| 486. Experian PLC | A | Dividend | J | T | | | | | |
| 487. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 488. Gatx Corp | A | Dividend | J | T | | | | | |
| 489. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 490. General Dynamics Corp | A | Dividend | J | T | | | | | |
| 491. General Motors Co | A | Dividend | J | T | | | | | |
| 492. Global Pmts Inc | A | Dividend | J | T | | | | | |
| 493. Halliburton Co Hldg | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. HCA Holdings | | None | | | Sold | 01/19/17 | J | A | |
| 495. HDFC Bank LTD | A | Dividend | J | T | | | | | |
| 496. Hermes Intl | A | Dividend | J | T | | | | | |
| 497. Home Depot Inc | A | Dividend | J | T | | | | | |
| 498. Honeywell | | None | | | Sold | 03/03/17 | J | A | |
| 499. Huntington Bancshares | | None | | | Sold | 09/11/17 | J | A | |
| 500. Icon PLC SHS | A | Dividend | J | T | | | | | |
| 501. Inditex | A | Dividend | J | T | | | | | |
| 502. Intel Corp | A | Dividend | J | T | | | | | |
| 503. Intercontinental Exchange Inc | A | Dividend | J | T | | | | | |
| 504. Intuit | A | Dividend | J | T | | | | | |
| 505. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 506. Jabil Circuit Inc | A | Dividend | J | T | | | | | |
| 507. St. Jude Medical Inc | | None | | | Sold | 01/10/17 | J | A | |
| 508. Keycorp | A | Dividend | J | T | | | | | |
| 509. Keysight Technologies Inc | A | Dividend | J | T | | | | | |
| 510. Lazard | | None | | | Sold | 05/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Lear Corp | A | Dividend | J | T | | | | | |
| 512. Lincoln Natl Corp | A | Dividend | J | T | | | | | |
| 513. Lowes Cos Inc | A | Dividend | J | T | | | | | |
| 514. Luxotica Group | A | Dividend | J | T | | | | | |
| 515. LVMH Moet Hennessy Vuitton SE | A | Dividend | J | T | | | | | |
| 516. Masco Corp | A | Dividend | J | T | | | | | |
| 517. Mednax Inc | A | Dividend | J | T | | | | | |
| 518. Micosoft Corp | A | Dividend | J | T | | | | | |
| 519. Nestle A | A | Dividend | J | T | | | | | |
| 520. Newfield Exploration | A | Dividend | J | T | | | | | |
| 521. Northrop Grumman Corp Hldg Co | A | Dividend | J | T | | | | | |
| 522. Novozymes AS | A | Dividend | J | T | | | | | |
| 523. Nvidia Corp | A | Dividend | J | T | | | | | |
| 524. Packaging Corp | A | Dividend | J | T | | | | | |
| 525. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 526. Progressive Corp Ohio | A | Dividend | J | T | | | | | |
| 527. Prologis Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. Prudential Fuancial Inc | A | Dividend | J | T | | | | | |
| 529. Raymond James Finl Inc | A | Dividend | J | T | | | | | |
| 530. Reckitt Benckiser Group | A | Dividend | J | T | | | | | |
| 531. Renaissance Hldgs LTD | A | Dividend | J | T | | | | | |
| 532. Reinsurance Group America Inc | A | Dividend | J | T | | | | | |
| 533. Republic Services Inc | A | Dividend | J | T | | | | | |
| 534. Sabre Corp | A | Dividend | J | T | | | | | |
| 535. The Scotts Miracle Gro Co | A | Dividend | J | T | | | | | |
| 536. Sealed Air Corp | A | Dividend | J | T | | | | | |
| 537. SGS SA | | None | | | Sold | 09/13/17 | J | A | |
| 538. Shoprite Holdings | | None | | | Sold | 01/25/17 | J | A | |
| 539. Snap On Inc | A | Dividend | J | T | | | | | |
| 540. Spirit Aerosystems | | None | | | Sold | 06/08/17 | J | A | |
| 541. Stanley Black & Decker | A | Dividend | J | T | | | | | |
| 542. Stifel Finl Corp | A | Dividend | J | T | | | | | |
| 543. Suntrust Bank | | None | | | Sold | 03/08/17 | J | A | |
| 544. Synopsys Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 10/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Synchrony Financial Com | A | Dividend | J | T | | | | | |
| 546. Syemex Corp | A | Dividend | J | T | | | | | |
| 547. Sysco Corp | A | Dividend | J | T | | | | | |
| 548. Taiwan Semiconductors MFG LTD | A | Dividend | J | T | | | | | |
| 549. Tencent Hldgs Limited | A | Dividend | J | T | | | | | |
| 550. TJX Cos Inc | A | Dividend | J | T | | | | | |
| 551. Total Sys Svcs Inc | A | Int./Div. | J | T | | | | | |
| 552. United Health Group | A | Dividend | J | T | | | | | |
| 553. Valero Energy Corp | A | Dividend | J | T | | | | | |
| 554. Wal Mart Stores Inc | A | Dividend | J | T | | | | | |
| 555. Wal Mart De Mexico SAB De CV | A | Dividend | J | T | | | | | |
| 556. WEC Energy Group Inc | A | Dividend | J | T | | | | | |
| 557. Woodward Inc | A | Dividend | J | T | | | | | |
| 558. Xilinx Inc | A | Dividend | J | T | | | | | |
| 559. South State Bank | C | Interest | O | T | | | | | |
| 560. North Carolina Rental Property !00% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 561. Lain Farm, Johnson County, Indiana | E | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Norton, David C.**

Date of Report

10/24/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |
| 563. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 564. MassMutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII. Investments and Trusts

1. The rental property listed in Part VII, line 560 is located in Translyvania County, North Carolina, USA.

2. Lain Farm listed on line 561.

   Lain Farm          value cost R    Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Valuemark II

3. Article 5 Trust consist of lines: 147-185.

4. Article 6 Trust consist of lines: 23-146.

5. Wal Mart Stores purchased 10/26/2016 erroneoulsy omitted from 2016 report.

6. Reply to questions by the Committee on Financial Disclosure

Assets listed on the 2017 Report not listed on he 2016 Report:

Line 97 - Laboratory Corp. see line 597 of 2016

Line 107 - Morgan Stanley Note see line 170 of 2016

Line 133 - Toro Co. puchased 06/18/2017 ( failed to list as purchase)

Line 179 - Merchand Co. purchase date undetermined.

Line 193 - Aptiv PLC purchase date undetermined

Line 206 - Coca-Cola see line 36 of 2016 report

Line 214 - General Electric see line 364 of 2016 report, purchased 07/20/2016.

Line 218 - IBM see line 72

Line 263 - Adobe Sys Inc Note see line 162 of 2016 report

Line 264 - Aetna Inc. see line 306 of 2016 report

Line 280 - Apple Inc Note see line 164 of 2016 report

Line 283 - Bank of America Note, per broker held not reported

Line 291- Cetene Corp Del see line 497 of 2016 report

Line 299 - CWD Corp Com listed on line 445 of 2016 report

Line 269 - Oracle Corp listed on line 670 of 2016 report

Line 404-408 US Treasury Note listed on lines 671-675 of 2016 report

Line 428 - American Tower Corp unable to determine purchase date

Line 439 - Avery Dennison Corp listed on line 444 of 2016 report

Line 440 - BB&T Corp listed on line 272 of 2016 report

Line 441 - Bank of the Ozarks listed on line 273

Line 451 - Camden PPTYTR SH Ban Inc listed on line 274 of 2016 report

Line 453 - Capital One Financial Corp listed on line 228 of 2016 report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 454 - Carnival Corp Paired CTF listed on line 276 of 2016 report

Line 472 - Darlin Ingredients Inc listed on line 279 of 2016 report

Line 475 - Devon Energy Corp listed on line 281 of 2016 report

Line 483 - Emcor Group Inc listed on line 503 of 2016 report

Line 484 - EOG Resources INC listed on 244 of 2016 report ( should have been listed as partial sale)

Line 491 - General Motors Co listed on line 457 of 2016 report

Line 506 - Jabil Circuit Inc listed on line 465 of 2016 report

Line 511 - Lear Corp listed on line 467 of 2016 report

Line 513 - Lowes Cos Inc. listed on line 470 of 2016 report

Line 523 - Nividia Corp listed on line 475 of 2016 report

Line 527 - Prologics Inc listed on line 477 of 2016 report

Line 528 - Prudential Financial Inc.listed on line 478 of 2016 report

Line 547 - Sysco Corp listed on line 483 of 2016 report

Line 552 - United Health Group listed on line 485 of 2016 report

Line 553 - Valero Energy Corp listed on line 486 of 2016 report

Assets listed on 2016 Report not listed on 2017 Report:

Line 64 - Guided Therapeutics sold 07/12/16

Line 67 - Hartford Capital Appreciation Fund sold 10/12/17

Line 96 - Paragon Life Fixed Fund sold 10/12/17

Line 123 - Wells Fargo & Co listed on line 185 of 2017 report

Line 167 - Citigroup Inc. Note omitted in error

Line 169 - Gilead Sciences Inc Note omitted in error

Line 181 - Wells Fargo Co Mtn listed on line 258 on 2017 report

Line 190 - AT&T Inc listed on line 2 of 2017 report

Line 208 - IBM listed on line 161 of 2017 report

Line 212 - Target Corp Com listed on line 129 of 2017 report

Line 282 - Dupont EI Nemours & Co. listed on line 73 of 2017 report

Line 303 - Ingersoll-Rand PLC SHS listed on line 88 of 2017 report

Line 305 - Advansix Inc - listed on line 25of 2017 report & sold on 03/03/2017

Line 318 - Dupont EI Nemours & Co listed on line 305 of 2017 report

Line 338 - AT&T Inc listed on line 40 of 2017 report

Line 341 - Apple Inc listed on line 37 of 2017 report

Line 342 - Bank of America Corp listed on line 43 of 2017 report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 344 - Conoco Phillips listed on line 61 of 2017 report

Line 347 - Morgan Stanley Mtn erroneously omitted

Lines 349-352 - US Treasury Notes listed on line 249-256 of 2017 report

Line 354 - AT&T Inc listed on line 186 on 2017 report

Line 359 - Citigroup Inc listed on line 59 of 2017 report

Line 360 - Fed Home Ln Mtg Corp Pool listed on line 78 of 2017 report ( name change to Fed Natl Mtg Assn Pool)

Line 366 - Home Depot Inc listed on line 86 of 2017 report

Line 367 - JP Morgan Chase & Co. listed on line 105 of 2017 report

Lines 384- 391 US Treasury Notes listed on lines 392-399 on 2017 report

Line 394 - Wells Fargo & Co. listed on line 145 of 2017 report

Line 395 - NXP Semiconductors unable to determine sale date

Line 405 - Apple Inc listed on 279 of 2017 report

Line 438 - AT&T Inc listed on line 437 of 2017 report

Line 450 - DST Systems Inc unable to determine sale date

Line 461 - Home Depot listed on line 86 of 2017 report

Line 469 - Linear Technology Corp should have been listed as sold on 03/21/2017

Line 472 Merck & Co. listed on line 102 of 2017 report

Line 479 Southwest Airlines Co should have listed as purchased 07/16/16 and sold 12/13/16

Line 484 - TJX Cos Inc listed on line 384 of 2017 report

Line 487 - Accenture PLC CL a listed on line 419 on 2017 report

Line 492 - Amgen Inc listed on line 35 of 2017 report

Line 493 - Apple Inc listed on line 434 on 2017 report

Line 500 - Delta Airlins Inc listed on line 473 on 2017 report

Line 501 - Dow Chemical Co listed on line 487 on 2017 report (listed as Dow Dupont)

Line 502 Electronic Arts listed on line 153 on 2017 report

Line 506 - Footlocker Inc listed on line 158 on 2017 report

Line 509 - Goldman Sachs Inc listed on line 82 on 2017 report (sold on line 160)

Line 511 - Home Depot listed on line 326 on 2017 report

Line 514 - JP Morgan Chase & Co listed on line 105 on 2017 report

Line 519 - LinearTechnology Corp erroneously omitted however was sold on 03/02/2017

Line 523 - Microsoft Corp listed on line 103 on 2017 report

Line 588 - VWR Corp Com unable to determine the date of sale

Line 593 Delphi Automotive PLC listed on line 208 on 2017 report

Line 595 - AT&T Inc listed on line 40 on 2017 report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 596 - Advansix Inc listed on line 25 on 2017 report

Line 597 - Aetna Inc  listed om line 26 on 2017 report

Line 598 - Apple Inc listed on line 279 on 2017 report

Line 609 - Dupont EI Nemours & Co. listed on line 152 on 2017 report

Line 612 - Home Depot Inc listed on line 497 on 2017 report

Line 613 - Honeywell Itl Inc listed on line 498 on 2017 report

Line 614 - Intercontinental Exchang Inc listed on line 503 on 2017 report

Line 615 - Mednax Inc listed on line 517 on 2017 report

Line 616 - Microsoft listed on line 518 on 2017 report

Line 618 - Oceaneering Intl Inc listed on line 366 on 2017 report

Line 620 - Paramount Group Inc listed on line 370 on 2017 report

Line 624 - Total Systems Inc listed on line 551 on 2017 report

Line 625 - Tupperware Brands Corp listed on line 387 on 2017 report

Line 626 - Umpqua Holdings Corp listed on line 388 on 2017 report

Line 634 - Yandex Nv unabable to determine date of sale

Line 636 - Amber SA Sponsored ADR unable to determine date of sale

Line 660 - AT&T Inc listed on line 437 on 2017 report

Line 661 - Adobe Sys Inc listed on line 188 on 2017 report

Line 662 - Amgen Inc listed on line 435 on 2017 report

Line 663 - Apple Inc listed on line 434 on 2017 report

Line 664 - Bank of America listed on line 196 on 2017 report

Line 666 - Conocophillips listed on line 61 can not locate any additional listings

Line 667 - Gilead Sciences Inc listed on line 320 on 2017 report

Line 668 - JP Morgan Chase & Co listed on line 105 on 2017 report

Line 669 - Morgan Stanley Note listed on line 359 on 2017 report

Line 670 Oracle Corp listed on line 369 on 2017 report

Lines 671-675 - US Treasury Notes listed on lines 404-408 on 2017 report

Note to the Committee:

It is the preparer's intention to prepare this report in the same order each year and to list assets in the easiest readable manner.  However mid year 2016 there was a change in investment firms and Judge Norton's listings increased from approximately 135 assets to 676 assets.  There were numerous trades being made and the

preparer was unable to acquire answers to all of his questions concerning these accounts.  The 2016, 2017 and 2018 repotrs were prepared with as much time, effort and dilligence as humanly possible.  I apologize for the confusion of the report and will continue in my efforts to make the report less confusing.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544